# EXHIBIT 2

# U.S. Patent No. 8,401,875 Claim Chart Against Samsung

| Patent Claim Term | Samsung Devices |
|---|---|
| **Claim 1**. Apparatus for storing and managing personal and secured data and documentation files associated with a specific user, comprising: | **The Accused Products are Samsung devices for storing and managing personal and secure data and files that include Knox Vault, with Face Unlock or Fingerprint Unlock. On information and belief, infringing Samsung devices include but are not limited to: Galaxy S21, S21+, S21 Ultra, S22, S22+, S22 Ultra, S23, S23+, S23 Ultra, S24, S24+, and S24 Ultra smartphones.[1]** |
| a plurality of biometric sensors for reading a plurality of personal biological biometric identification parameters of the user holding the apparatus, said plurality of biometric sensors being integrated within the apparatus | **The Accused Products have integrated biometric sensors for reading personal biological biometric identification parameters of the user holding the apparatus.** <br><br> **For example, sensors include a front facing camera.  Such a camera reads personal biological biometric identification parameters, such as a face.** <br><br> <table><tr><td>Galaxy S21</td><td>Galaxy S22</td></tr><tr><td></td><td></td></tr><tr><td>Ex. 19, How the Galaxy S21 5G compares, SEA.<br><br>All S21 devices have at least one front facing camera.</td><td>Ex. 20, Differences between the Galaxy S22 models, SEA, at 2-3.<br><br>All S22 devices have at least one front facing camera.</td></tr></table> |

---

[1] These Galaxy S smartphones are exemplary based on limited publicly available information.

| Galaxy S23 | Galaxy S24 |
|---|---|
|  | |
| **Ex. 10**, *Galaxy S23*, SEA, at 1.<br><br>All S23 devices have at least one front facing camera. | **Ex. 21**, https://www.samsung.com/us/smartphones/galaxy-s24/#camera at "Explore Camera" popout, (last visited July 26, 2024).<br><br>All S24 devices have at least one front facing camera. |

**Additionally, sensors include an ultrasonic fingerprint scanner.  Such a scanner reads personal biological biometric identification parameters, such as a user's unique fingerprints.**

| Galaxy S21 | Galaxy S22 |
|---|---|
| | |
| **Ex. 19**, *How the Galaxy S21 5G compares*, *supra*.<br><br>On information and belief, all Samsung S21 smartphones use the Qualcomm 3D Sonic Sensor Gen 2.<br><br>**Ex. 22**, *Qualcomm's Latest Flagship Snapdragon 888 5G Mobile Platform to Power the New Samsung Galaxy S21 Series*, Qualcomm (Jan. 13, 2021). | **Ex. 23**, *Galaxy S22 Biometric Security*, at 1.<br><br>On information and belief, all Samsung S22 smartphones use the QBT2608 ultrasonic fingerprint sensor.<br><br>On information and belief, all S22 devices have the same fingerprint scanner. |



"Qualcomm 3D Sonic Sensors deliver a better user experience by using technological advances and acoustics (ultrasonic waves) to scan 3D features such as ridges, valleys, as well as pores of a user's finger for a deeply accurate image."

**Ex. 24**, Gordon Thomas, *Introducing Qualcomm 3D Sonic Sensor Gen 2*, Qualcomm, at 1 (Jan. 10, 2021).

The S21 uses the new (for that time) Qualcomm 3D Sonic Sensor Gen 2, which on information and belief, is the Qualcomm QBT2608 ultrasonic fingerprint sensor.



Video, Galaxy S21 Teardown: Best of the New Galaxies, at 3:20, available at https://www.ifixit.com/Teardown/Samsung+Galaxy+S21+Teardown/140337 (last visited Jul 26, 2024).

*See also*, **Ex. 16**, *3D Sonic Gen 2 Overview*, Qualcomm, at 3.

On information and belief, all flagship S21 devices have the same fingerprint scanner.

|  | Galaxy S23 | Galaxy S24 |  |
|---|---|---|---|
|  | | |  |
|  | **Ex. 25**, Ben Schoon, *Samsung Galaxy S24 Ultra has a slightly newer fingerprint sensor*, at 3, 9to5google.com (Feb. 5, 2024).<br><br>Samsung S23 uses the QBT2608 ultrasonic fingerprint sensor.<br><br>On information and belief, all S23 devices have the same fingerprint scanner. | *Id.*<br><br>Samsung S24 uses the QFS4008 ultrasonic fingerprint sensor.<br><br>*See also*, **Ex. 16**, *3D Sonic Gen 2 Overview*, *supra*, at 3.<br><br>On information and belief, all S24 devices have the same fingerprint scanner. |  |

| at least one life signs detector integrated within the apparatus, said life signs detector being configured to measure and record | **The Accused Products have at least one life signs detector (*e.g.*, the front camera, fingerprint scanner, and associated software), being configured to measure and record at least one of the user's life sign parameters.**<br><br>**All Accused Products have a Face Unlock and Fingerprint Unlock feature:** |
|---|---|

| | |
|---|---|
| at least one of said user's life sign parameters | <br><br>*Galaxy S22 Ultra Screen Captures.* |

**For example, the Accused Products all include the Face Unlock feature that uses a camera to determine if a user's eyes are open (life sign parameter) to prevent spoofing and determine if the user is alive.**



**Ex. 26**, *Use Facial recognition security on a Galaxy phone or tablet*, at 1 (emphasis added).

**As shown below, the Face Unlock feature can measure whether a user's eyes are open:**

| Galaxy S21 | Galaxy S22 |
|---|---|
| For first time setup: <br><br> 1. From the Face recognition screen, review the info about Face recognition then tap **Continue**. <br><br> 2. If presented, select a lock screen option (e.g., pattern, PIN or password) then follow the steps to complete the process. <br> → If necessary, refer to <u>enable screen lock</u> for assistance. <br><br> 3. While holding the phone 8-20 inches away, position your face within the square displayed on-screen. <br><br> 4. To continue, review the info about Backing up your Pattern, tap **Agree** then follow the on-screen directions to sign in to your Samsung account. <br><br> 5. From the 'Face recognition' menu, tap any of the following switch(es) to turn on or off . <br><br> □ **Face unlock**: When on, device unlocks with a recognized face. <br><br> □ **Stay on Lock screen until swipe**: Once unlocked, remain on the lock screen until you swipe. <br><br> □ **Require open eyes**: Your face will only be recognized when your eyes are open. | For first time setup: <br><br> 1. From the Face recognition screen, review the info about Face recognition then tap **Continue**. <br><br> 2. If presented, select a lock screen option (e.g., pattern, PIN or password) then follow the steps to complete the process. <br> → If necessary, refer to <u>Enable / Disable / Modify Screen Lock</u> for assistance. <br><br> 3. While holding the phone 8-20 inches away, position your face within the square displayed on-screen. <br><br> 4. Tap **Done** (at the bottom). <br><br> 5. To continue, review the info about Backing up your Pattern, tap **Agree** then follow the on-screen directions to sign in to your Samsung account. <br><br> 6. From the 'Face recognition' menu, tap any of the following switch(es) to turn on or off . <br><br> □ **Face unlock**: When on, device unlocks with a recognized face. <br><br> □ **Stay on Lock screen until swipe**: Once unlocked, remain on the lock screen until you swipe. <br><br> □ **Faster recognition**: When off, greater security is provided making it harder to unlock your phone using an image or video. <br><br> □ **Require open eyes**: Your face will only be recognized when your eyes are open. |
| **Ex. 27** (emphasis added). | **Ex. 28** (emphasis added). |

|  | **Galaxy S23** | **Galaxy S24** |
|---|---|---|
|  | For first time setup:<br><br>1. From the Face recognition screen, review the info about Face recognition then tap **Continue**.<br><br>2. If presented, select a lock screen option (e.g., pattern, PIN or password) then follow the steps to complete the process.<br>→ If necessary, refer to <u>enable screen lock</u> for assistance.<br><br>3. While holding the phone 8-20 inches away, position your face within the square displayed on-screen.<br><br>4. Tap **Done** (at the bottom).<br><br>5. To continue, review the info about Backing up your Pattern, tap **Agree** then follow the on-screen directions to sign in to your Samsung account.<br><br>6. From the 'Face recognition' menu, tap any of the following switch(es) to turn on ⬤ or off ◯.<br><br>▫ **Face unlock**: When on, device unlocks with a recognized face.<br><br>▫ **Stay on Lock screen until swipe**: Once unlocked, remain on the lock screen until you swipe.<br><br>▫ **Faster recognition**: When off, greater security is provided making it harder to unlock your phone using an image or video.<br><br>▫ **Require open eyes**: Your face will only be recognized when your eyes are open. | For first time setup:<br><br>1. From the Face recognition screen, review the info about Face recognition then tap **Continue**.<br><br>2. If presented, select a lock screen option (e.g., pattern, PIN or password) then follow the steps to complete the process.<br>→ If necessary, refer to <u>Enable / Disable / Modify Screen Lock</u> for assistance.<br><br>3. While holding the phone 8-20 inches away, position your face within the circle displayed on-screen until 'Face registered' displays.<br><br>4. From the 'Face recognition' menu, tap any of the following switch(es) to turn on ⬤ or off ◯.<br><br>▫ **Face unlock**: When on, device unlocks with a recognized face.<br><br>▫ **Stay on Lock screen until swipe**: Once unlocked, remain on the lock screen until you swipe.<br><br>▫ **Require open eyes**: Your face will only be recognized when your eyes are open. |
| | **Ex. 29** (emphasis added). | **Ex. 30** (emphasis added). |

|  | **Additionally, the Accused Product's Fingerprint Unlock feature uses a fingerprint reader to detect liveness, preventing spoofing attempts using fake molds. It monitors at least blood flow and uses machine learning to distinguish between fingerprints on a live human and forged replicas.**

Our ultrasonic sensor for fingerprint recognition can detect blood flow within the finger and actually prevent hackers from spoofing the device with a photo or a mold. This extra protection is called anti-spoofing, and it takes in additional information from the fingerprint and makes this solution unique compared to legacy optical solutions. Reading the pulses also leads to better performance than optical biometric passwords across a wide variety of conditions and contaminants, including when the finger is wet or dirty.

**Ex. 31**, Francisco Cheng, *Qualcomm 3D Sonic Sensor enables OEMs top-notch security and accuracy*, Qualcomm, at 1.



*Id*. |

| | |
|---|---|
| | On information and belief, the the Qualcomm 3D Sonic Sensor Generation 2 has at least blood flow anti-spoofing technology which was found in Generation 1:<br><br>To read the valleys and ridges of a finger, the new sensor uses sound waves. It transmits an ultrasonic pulse against the finger to create a 3D reproduction of the fingerprint. This process makes it distinct from other solutions that use the 2D light-sensing optical approach. Moreover, the sensor is capable of detecting blood flow within the finger, making it hack-proof from a photo of a mold.<br><br>**Ex. 15**, Vishal Kawadkar, *How Qualcomm's 3D Sonic Fingerprint Sensor Could Be A Great Tool In Covid-19 Era*, at 3 (Jan. 12, 2021) (emphasis added).<br><br>**Delivering security-rich, built-in anti-spoofing security.**<br><br>Safeguard a user's identity with the most advanced fingerprint security system available. 3D Sonic uses acoustic-based technology that reflects the unique features of a user's individual fingerprint vs. optical solutions, which leaves users exposed to spoofing. With anti-spoofing built in, neither a photograph nor fake mold of your finger can access your phone.<br><br>**Ex. 14**, *Qualcomm 3D Sonic Sensor*, at 2 (emphasis added). |

| | |
|---|---|
| | **Features**<br><br>• Supports mounting under display, metal, glass, plastic, and many other materials<br><br>• One Tap Enrollment: No<br><br>• Single finger support<br><br>• 1:50K False Acceptance Rate (FAR)<br><br>• Heart Rate Monitoring<br><br>**Ex. 16**, *3D Sonic Gen 2 Overview*, *supra* (emphasis added).<br><br>On information and belief, the S21, S22, and S23 use the Qualcomm QFS2608 sensor, whereas the S24 uses the Qualcomm QFS4008 sensor, and both sensors possess at least blood flow anti-spoofing technology. *Id.* |

| a first storage unit for the storage of said user's data and documentation files; | The Accused Products include a first storage unit. |
|---|---|

<table>
<tr><td colspan="2"><strong>Galaxy S21</strong></td><td colspan="2"><strong>Galaxy S22</strong></td></tr>
<tr><td colspan="2">

</td><td colspan="2">

</td></tr>
<tr><td colspan="2"><strong>Ex. 32</strong>, <em>Samsung Galaxy S21 Ultra Teardown</em>, at 8 (emphasis added).</td><td colspan="2"><strong>Ex. 33</strong>, <em>Samsung Galaxy S22 Ultra Chip ID</em>, at 3 (emphasis added).</td></tr>
<tr><td colspan="2"><strong>Galaxy S23</strong></td><td colspan="2"><strong>Galaxy S24</strong></td></tr>
<tr><td colspan="2">

</td><td colspan="2">

</td></tr>
</table>

14

| | Samsung Galaxy S24 | Samsung Galaxy S24 Plus | Samsung Galaxy S24 Ultra |
|---|---|---|---|
| RAM | 8GB LPDDR5X | 12GB LPDDR5X | 12GB LPDDR5X |
| Storage | 128GB or 256GB | 256GB or 512GB | 256, 512GB, or 1TB |

| | |
|---|---|
| **Ex. 34**, *Galaxy S23 Ultra Chip ID*, at 2 (emphasis added). | **Ex. 35**, *Samsung Galaxy S24 Repair Guide*, at 7 (emphasis added); **Ex. 36**, Andrew Grush, *Samsung Galaxy S24 series specs: Everything you need to know*, at 3 (June 24, 2024) (emphasis added). |

See also for all Accused Products:



**Ex. 8**, *Knox Documentation, Knox Vault*, SEC, at 1 (Feb. 20, 2024).

| | |
|---|---|
| an authentication unit comprising a second storage unit, with said second storage unit configured to store a pre-recorded set of personal | **The Accused Products include an authentication unit comprising a second storage unit.**<br><br>**All of the Accused Products include Samsung's Knox Vault:** |

15

| | |
|---|---|
| biological biometric identification parameters uniquely associated with the specific user, wherein said authentication unit is configured to compare the plurality of personal biological biometric identification parameters of the user holding the apparatus with the pre-recorded set of personal biological biometric identification parameters stored in said second storage unit; | Knox Vault is integrated into Samsung devices starting from the Galaxy S21, and is comprised of components that are Common Criteria evaluated to the requirements in BSI PP0084 at EAL4+ or higher. These components are tested by an independent lab against a wide array of hardware attacks and through a review of their software and firmware.<br><br>*Id.*; **Ex. 37**, *Devices Secured by Knox*, at 3-4.<br><br>**The Knox Vault includes a second storage unit separate from the first storage unit and is used for storing sensitive information like biological biometric identification parameters:**<br><br><br><br>**Ex. 8**, *Knox Documentation, Knox Vault*, *supra*, at 1 (emphasis added). |

16

> As a core component of the Knox security platform, Knox Vault is an isolated, tamper-proof, secure subsystem with its own processor and memory, as well as an interface to dedicated, non-volatile secure storage. Knox Vault can:
>
> - Store sensitive data such as hardware-backed Android Keystore keys, the Samsung Attestation Key (SAK), biometric data, and blockchain credentials.
> - Run security-critical code that authenticates users with increasing timeouts between failures and controls access to keys depending on authentication.
>
> Knox Vault is integrated into Samsung devices starting from the Galaxy S21, and is comprised of components that are Common Criteria evaluated to the requirements in BSI PP0084 at EAL4+ or higher. These components are tested by an independent lab against a wide array of hardware attacks and through a review of their software and firmware.

*Id.* (emphasis added).

**The Knox Vault has components used for authentication.**

## Samsung Knox Security Principles

Trust from the hardware up ⌄

Provide a safe execution environment for security-sensitive software ⌃

We provide security hardware dedicated to processing sensitive and confidential data while protecting against malware attacks.

Protected Video Playback, User authentication, and Payment Applications run in our safe execution environment. For User Authentication Apps, our safe execution environment blocks unauthorized access to sensitive biometric information. For Payment Apps, our safe execution environment ensures the secure handling of payment transactions.

| | |
|---|---|
| | **Ex. 38**, *Samsung Knox Security Principles*, at 1. |
| | ## The Samsung Knox platform<br><br>Last updated February 20th, 2024<br><br>Samsung Knox brings defense-grade security on the most popular consumer devices to all enterprises. The Knox Platform provides best-in-class hardware-based security, policy management, and compliance capabilities beyond the standard features commonplace in today's mobile device market. The Knox Platform is the cornerstone of a strong mobile security strategy supporting a wide variety of Samsung devices ↗ .<br><br>    \*    \*    \*<br><br>**Hardware-backed security**<br><br>The Knox Platform defends against security threats and protects enterprise data through layers of security built on top of a hardware-backed trusted environment.<br><br>• **Trusted environment** — A trusted environment separates security-critical code from the rest of the operating system. This strategic separation ensures only trusted processes that are isolated and protected from attacks and exploits can perform sensitive operations, such as user authentication and key encryption and decryption. Trusted environments perform integrity checks prior to executing any software. These checks detect malicious attempts to modify the trusted environment and the software running on the device.<br><br>    \*    \*    \*<br><br>Futhermore, the Knox Vault introduced with the Samsung Galaxy S21 offers an isolated, tamper-proof, secure subsystem with its own processor and memory. Knox Vault operates completely independently from the primary processor running the Android OS, and guards against attacks that exploit shared resources, such as software side-channel attacks that can compromise other software executing on the same processor. This separation means Knox Vault protects sensitive data even if the primary processor itself is completely compromised. |
| | **Ex. 39**, *The Samsung Knox Platform*, at 1, 4, 5. |

18

| | During **Face Unlock and Fingerprint Unlock, Knox Vault compares incoming data from the biosensors (***e.g.***, the front camera and fingerprint sensor) to the stored biological biometric identification parameters in the Knox Vault to determine if there is a valid match.** |
|---|---|
| |  |
| | **Ex. 17**, *Samsung Knox Documentation*, at 1, (Feb. 20, 2024). |

| a processor in communication with said plurality of biometric sensors, said first storage unit and said authentication unit; | As shown below, all Accused Products include one or more processors in communication with the biometric sensors, the first storage unit, and the authentication unit: |
|---|---|



<table>
<tr><td colspan="2"><b>Galaxy S21</b></td><td colspan="2"><b>Galaxy S22</b></td></tr>
</table>

**Ex. 32**, *Samsung Galaxy S21 Ultra Teardown*, *supra*, at 8 (emphasis added).

**Ex. 40**, *Samsung Galaxy S22 Chip ID*, at 2 (emphasis added).

|  Galaxy S23  |  Galaxy S24  |
|---|---|

| | |
|---|---|
| | <br>• Samsung's new Galaxy S24 lineup of flagship smartphones are powered by Qualcomm's latest Snapdragon 8 Gen 3 for Galaxy platform.<br>• The chip is said to have an improved NPU, which has helped Samsung turn the S24 series into a group of AI smartphones.<br>• The Snapdragon 8 Gen 3 for Galaxy platform powers the Galaxy S24 Ultra in all markets, but the S24 and S24 Plus use Samsung's Exynos chips in some regions. |
| **Ex. 34**, *Galaxy S23 Ultra Chip ID, supra*, at 2 (emphasis added). | **Ex. 35**, *Samsung Galaxy S24 Repair Guide*, at 7; **Ex. 41**, Brady Snyder, *AI features on the Galaxy S24 are powered by Snapdragon 8 Gen 3 for Galaxy, but not everywhere*, Android Central, at 2 (emphasis in original). |



**Ex. 8**, *Knox Documentation, Knox Vault, supra*, at 1.

| | |
|---|---|
| | **Knox Vault Processor**<br><br>The Knox Vault Processor provides the main computing power for Knox Vault. To provide the strongest isolation, the Knox Vault Processor is separated from the primary processor on the SoC. This separation helps prevent side-channel attacks that depend on malicious software sharing the same execution core as the target software under attack.<br><br>By executing the instructions and managing data on SRAM, the Knox Vault Processor also guarantees a physically isolated execution environment. The Knox Vault Subsystem ROM where the secure boot loader code is located is also separated and protected by the hardware protection mechanisms. When the Knox Vault Processor starts, the ROM code is loaded to SRAM. While the ROM code loads the Knox Vault Processor firmware, with the help of the modules running on the SOC main processor, the software stack of Knox Vault Processor has its own secure boot chain. |
| *Id.* (emphasis added). | |

| | |
|---|---|
| wherein access to the personal data and documentation files stored in said first storage unit is only enabled after said authentication unit positively matches each of the plurality of personal biological biometric identification parameters of the user holding the apparatus with the pre-recorded set of personal biological identification parameters stored in said second storage unit; | **As discussed on pgs. 1–6, the Accused Products include the Face Unlock and Fingerprint Unlock features.**<br><br>**These features enable the user to access the phone and data thereon only when each of the incoming biometric data from the camera or fingerprint scanner matches the corresponding stored template data.**<br><br>**Unique advantages of Knox Biometrics**<br><br><br><br>**Ex. 17**, *Samsung Knox Documentation*, *supra*, at 1. |
| wherein, whenever any of said at least one life signs detector detects a critical level of said user measured life sign parameters, the apparatus is configured to prevent access to said user's personal data | **The Accused Products further prevent access to the smartphone and data thereon if the front facing camera detector does not confirm a face with open eyes or if the fingerprint detector does not detect at least a fingerprint with life signs such as blood flow.**<br><br>**The Accused Products cannot be unlocked, or applications such as Samsung Wallet/Pay accessed, unless life signs are detected.** |

| | |
|---|---|
| and documentation files stored in said first storage unit. | **Face Unlock:**<br><br><br><br>**Ex. 12**, *Use Facial recognition security on a Galaxy phone or tablet*, SEA (2024) (emphasis added).<br><br><br>**Fingerprint Unlock:**<br><br><br><br>**Ex. 15**, Kawadkar, *supra*, at 3 (emphasis added). |

| | |
|---|---|
| | **Delivering security-rich, built-in anti-spoofing security.**<br><br>Safeguard a user's identity with the most advanced fingerprint security system available. 3D Sonic uses acoustic-based technology that reflects the unique features of a user's individual fingerprint vs. optical solutions, which leaves users exposed to spoofing. With anti-spoofing built in, neither a photograph nor fake mold of your finger can access your phone.<br><br>**Ex. 14**, *Qualcomm 3D Sonic Sensor*, *supra*, at 2 (emphasis added).<br><br># Features<br><br>- Supports mounting under display, metal, glass, plastic, and many other materials<br><br>- One Tap Enrollment: No<br><br>- Single finger support<br><br>- 1:50K False Acceptance Rate (FAR)<br><br>- Heart Rate Monitoring |

**Ex. 16**, *3D Sonic Gen 2 Overview*, *supra,* at 2 (emphasis added).



**Ex. 15**, Kawadkar, *supra*, at 3 (emphasis added).

| | |
|---|---|
| **Claim 4**. The apparatus according to claim 1, further comprising:<br><br>communication and data connection means for communicating with an external device, said communication and data connection means being controlled by and in communication with said processor. | **An external device can be an external server, which may include a merchant or financial institution:**<br><br><br><br>**Ex. 42**, *Samsung Pay SDK Programming Guide*, at 1 (emphasis added).<br><br>**The Accused Product NFC controllers are controlled and in communication with the processors of the Accused Products and include a data encoder/decoder and a wireless transceiver.** *See* **pgs. 20–22 and 28–30.** |

| Claim 15. The apparatus according to claim 1, further comprising<br><br>an integrated digital data encoder/decoder and a wireless transceiver module in communication with the processor, | **The Accused Products have a digital data encoder/decoder and a wireless transceiver module, as evidenced below. For example, they include transceivers and encoders/decoder.** |
|---|---|

| Galaxy S21 | Galaxy S22 |
|---|---|
| | |
| **Ex. 43**, *Samsung Galaxy S21 Ultra NFC Antenna & Charging Coil Assembly Replacement*, iFixit Repair Guide, at 8, (emphasis added);<br><br>**Ex. 44**, at 1 (last visited July 26, 2024). | **Ex. 33**, *Samsung Galaxy S22 Ultra Chip ID*, *supra*, at 3 (emphasis added). |

| Galaxy S23 | Galaxy S24 |
|---|---|
| **Step 2** Remove the Wireless Coil and NFC Antenna<br><br>**Step 3** Main Board Side 1 - Connectivity | The manufacturer with the main cost is Samsung. It supplied the Applications/Baseband Processor, DDR5X SDRAM, 3D TLC V-NAND Flash, RF Transceiver + GPS, NFC Controller, 8x Power Management, Camera Power Management, 3x Envelope Power Tracker, and Clock Buffer. Samsung supplied a total of 18 chips for this device. |
| **Ex. 45**, *Galaxy S23 Teardown*, iFixit, at 3 (emphasis added);<br>**Ex. 34**, *Galaxy S23 Ultra Chip ID*, *supra*, at 2 (emphasis added). | **Ex. 46**, *Deep Dive Teardown of the Samsung Galaxy S24*, at 1 (emphasis added). |

| | |
|---|---|
| |  **The digital data encoder/decoder and a wireless transceiver module is in communication with the Processor (identified on pgs. 20--22).** |
| said integrated digital data encoder/decoder and a wireless transceiver being configured to communicate with any of a group of external devices including RF operated credit card readers, ATM machines, and remotely operated electronic locks gates and doors opener using RFID based techniques. | **All the accused Galaxy S devices include Samsung Wallet/Pay.**<br><br><br><br>**Ex. 47**, *Use Samsung Wallet on Your Galaxy Phone*, at 1. |

| | |
|---|---|
| | **During the Samsung Wallet/Pay process, an encoder/decoder and transceiver (*e.g.*, NFC Controller) is used to access communication with, at least, point-of-sale terminals.**<br><br><br><br>**Ex. 48**, *Samsung Wallet* (emphasis added). |



**Ex. 42**, *Samsung Pay SDK Programming Guide*, *supra*, at 1 (emphasis added).

**User Authentication Ensures Control**

Another important part of maintaining Samsung Pay security is the user authentication process. All transactions also require that the user confirm the purchase, either by a PIN or a fingerprint. Payments must be authorized with the user's PIN or fingerprint so their mobile device only allows payments with the user's consent.

**Samsung KNOX, the Most Certified Solution**

With multiple levels of security right out of the box, down to the hardware level, Samsung KNOX offers unprecedented security for mobile devices. Samsung KNOX constantly monitors devices, scanning for any malware or suspicious activity, providing defense-grade security from the moment a device is first turned on. With its series of security features, Samsung KNOX has the most certifications and authorizations by governments, militaries and enterprises among Android manufacturers, ensuring Samsung Pay is the safest solution possible.

**Ex. 49**, *Multilayer Security and Convenience Make Samsung Pay a Winning Choice*, Samsung Newsroom, at 2 (emphasis added).

# An extra layer of security with Samsung Knox

Samsung Wallet is protected by Samsung Knox, Samsung's mobile security platform. Samsung Knox includes fingerprint recognition and encryption of your data to make sure your it is secure.

**Ex. 48,** *Samsung Wallet*, *supra* (emphasis added).

| Galaxy S21 | Galaxy S22 |
|---|---|
|  | |
| **Ex. 43**, *Samsung Galaxy S21 Ultra NFC Antenna & Charging Coil Assembly Replacement*, *supra*, at 8 (emphasis added); **Ex. 44**, at 1. | **Ex. 33**, *Samsung Galaxy S22 Ultra Chip ID*, *supra*, at 3 (emphasis added). |

34

| Galaxy S23 | Galaxy S24 |
|---|---|
| **Step 2** Remove the Wireless Coil and NFC Antenna<br><br>• Unscrew the 6 Phillips #00 screws that weld the wireless charging base and the NFC antenna.<br><br>• Disconnect the connector connecting the two antennas and remove everything.<br><br>**Step 3** Main Board Side 1 - Connectivity<br><br>• Qualcomm WCN7851-101 FastConnect 7800 WiFi 7, 6, & 6E & Bluetooth 5.3 transceiver<br>• NXP Semiconductor SR200T ? ultra-wideband transceiver<br>• Qualcomm SDR735-001 RF transceiver<br>• Qualcomm SMR546-002 RF transceiver<br>• NXP Semiconductor SN220U ? NFC controller w/ secure element | The manufacturer with the main cost is Samsung. It supplied the Applications/Baseband Processor, DDR5X SDRAM, 3D TLC V-NAND Flash, RF Transceiver + GPS, NFC Controller, 8x Power Management, Camera Power Management, 3x Envelope Power Tracker, and Clock Buffer. Samsung supplied a total of 18 chips for this device. |
| **Ex. 45**, *Galaxy S23 Teardown*, *supra*, at 3 (emphasis added);<br>**Ex. 34**, *Galaxy S23 Ultra Chip ID*, *supra*, at 2 (emphasis added). | **Ex. 46**, *Deep Dive Teardown of the Samsung Galaxy S24*, *supra*, at 1 (emphasis added). |